**CHRIS DANIEL**

**HARRIS COUNTY DISTRICT CLERK**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/22/2015 3:58:56 PM
CHRISTOPHER A. PRINE
Clerk

July 7, 2015

Certified Mail No.: 7004 1350 0003 4897 4326

MARCUS JERARD SCOTT
TDCJ #01993079
3872 FM 350 S
LIVINGSTON, TX 77351

Re: Cause Number 1391909, 1391910, 1430709 in the 174TH Judicial District Court

Dear Sir or Madam:

The following documents are being forwarded to you because you are pro-se and in custody.

Enclosed is a certified copy of the trial record in the above numbered and styled cause, which includes:

3 Volume(s) - Clerk's Record

    Volume(s) – Supplemental Clerk's Record

    Volume(s) – Reporter's Record

The 14TH Court of Appeals will be notified when the record is received.

Sincerely,

Lisa Arriaga, Deputy
Criminal Post Trial

Enclosure

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651